# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1672
Lower Tribunal No. 2022-SC-043293-O

_____

REVEREND LAWRENCE L. BLANKENSHIP,

Appellant,

v.

XULON PRESS,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew L. Cameron, Judge.

June 18, 2024

PER CURIAM.

   AFFIRMED.

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.


Reverend Lawrence L. Blankenship, Pensacola, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED